SUPREME COURT OF NEW JERSEY
M-297 September Term 2019
083555

In the Matter of

Irving Tobin,

An Attorney At Law

(Attorney No. 179581957)

**FILED**
DEC 08 2020
*Heather J Baker* CLERK

**ORDER**

The Office of Attorney Ethics having filed with the Court a petition pursuant to Rule 1:20-3(g)(4) and Rule 1:20-11, seeking the immediate temporary suspension from the practice of law of **Irving Tobin** of **Hillside**, who was admitted to the bar of this State in 1957;

And **Irving Tobin** having been ordered to show cause why he should not be temporarily suspended from practice or why the Court should not take such other action as it deems appropriate, including ordering the initiation of proceedings pursuant to Rule 1:20-12 and Rule 1:20-19(a)(2);

And the Court having heard the arguments and considered the written submissions of the parties;

And good cause appearing;

It is ORDERED that the petition for immediate temporary suspension is denied; and it is further

1

ORDERED that respondent shall not take on any new client matters, effective immediately; and it is further

ORDERED that respondent shall cooperate completely in all matters with the Office of Attorney Ethics, failing which the Office of Attorney Ethics may renew its petition for temporary suspension; and it is further

ORDERED that this matter is referred to the Assignment Judge of Union County for the appointment of an attorney-trustee for respondent's law practice pursuant to Rule 1:20-19 (a) (2); the attorney-trustee shall have exclusive authority over and control of respondent's attorney trust and business accounts and the financial matters involving the office.

WITNESS, the Honorable Barry T. Albin, Presiding Justice, at Trenton, this 1st day of December, 2020.

*Heather J Baker*

CLERK OF THE SUPREME COURT