UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In the Matter of | : | |
| | : | Misc. 8:21-cv-14990-BRM |
| IRVING TOBIN | : | ORDER TO VACATE ORDER |
| An Attorney-at-Law | : | TO SHOW CAUSE |

It appearing by Order of the Supreme Court of New Jersey, filed on December 8, 2020, that the petition seeking the immediate temporary suspension from the practice of law of IRVING TOBIN was in fact DENIED with the condition that respondent shall not take on any new client matters, effective immediately; and

It further appearing that the Order to Show Cause of this Court, filed on February 16, 2022, wherein IRVING TOBIN was ordered to show cause on Monday, March 21, 2022, why he should not be retroactively temporarily suspended from the practice of law before this Court, effective immediately, was docketed by the Clerk's Office in error and shall be VACATED, effective immediately;

And good cause appearing,

It is on this 21st day of  April , 2022,

ORDERED that the Order to Show Cause of this Court (ECF

#3), filed on February 16, 2022, why IRVING TOBIN should not be retroactively temporarily suspended from the practice of law before this Court, effective immediately, that was docketed by the Clerk's Office in error shall be and hereby is VACATED, effective immediately.

_____
Hon. Brian R. Martinotti
U.S. District Judge